[No. 11177. Department One. — February 17, 1886.]

EUGENE LAMET, RESPONDENT, *v.* CHARLES MIL-
LER ET AL., APPELLANTS.

APPEAL — DISMISSAL — MOTION FOR WHEN MUST BE MADE. — A motion to dismiss an appeal should be made on the day noticed for the hearing, or at the first opportunity during the session of the court. If not so made, the motion lapses, and it cannot be revived at a subsequent session.

APPEAL from a judgment of the Superior Court of Sacramento County.

Motion to dismiss appeal. The facts are stated in the opinion of the court.

*Ed. M. Martin,* for Appellants.

*Grove L. Johnson,* for Respondent.

McKEE, J.—On the 4th of August, 1885, respondent's attorney served on the attorney of appellants notice that he would, on the 15th of August, move to dismiss the ap-

peal taken in this case, on the ground that no transcript
had been filed within the time prescribed by the rules of
the court.

After service appellants' attorney filed the transcript
before the day noticed for the hearing of the motion.
Respondent's attorney knew of the filing of the tran-
script on the day it was filed, and he did not bring on
his motion for hearing on the day for which it was no-
ticed, or at any other time during the session of the
court. There was no stipulation by the attorneys to
postpone the hearing of the motion, and no order by
the court continuing it to a future time; but in the
month of October respondent's attorney served appel-
lant with notice that he would, on the 3d of November,
1885, bring to a hearing the motion to dismiss the
appeal, which had been noticed for the 15th of August.

A motion to dismiss an appeal should be made on the
day noticed for the hearing, or at the first opportunity
during the session of the court. If not so made the
motion lapses, and it cannot be revived at a subsequent
session. Motion denied.

Ross, J., and McKINSTRY, J., concurred.